GEORGE E. VAN VORST, Inc., Appellant, v. STRONG, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by George E. Van Vorst, Incorporated, against James S. Strong, impleaded with others. W. Bigelow, of New York City, for appellant. R. H. Ernest, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GETTELL, Respondent, v. DOBIE, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Peter S. Gettell against Duncan A. Dobie, as executor, etc. J. B. Ker, of New York City, for appellant. J. T. Brown, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GETTY, Appellant, v. SCHWAB et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Herbert L. Getty against William Schwab and another. No opinion. Judgment affirmed, with costs.

GILDERSLEEVE et al. v. NEW YORK RYS. CO. et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Henry A. Gildersleeve and others against the New York Railways Company and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GILLETT, Respondent, v. GILLETT, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Louisa Gillett against G. Byron Gillett. No opinion. Judgment and order unanimously affirmed, with costs.

GILLETT, Respondent, v. GILLETT, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Sarah J. Gillett against G. Byron Gillett. No opinion. Order affirmed, with costs.

GIVEANS, Respondent, v. FARMERS' LOAN & TRUST CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by William F. Giveans against the Farmers' Loan & Trust Company and others, as executors, etc. No opinion. Judgment and order unanimously affirmed, with costs payable out of the estate.

GLEASON, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Helen Gleason, an infant, etc., against Frank Sullivan Smith, as receiver, etc., of the Pittsburg, Shawmut & Northern Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re GLEBE, LYON, FRISBIE, AND TRATMAN AVES. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of Glebe, Lyon, Frisbie, and Tratman Avenues. No opinion. Order affirmed, with costs. Order filed.

GOBLICK, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by John Goblick against the Central New England Railway Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $142, in which event the judgment, as so modified, and the order, are unanimously affirmed, with costs.

GOLDMAN v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Hannah Goldman against the Consolidated Gas Company. No opinion. Application denied, with $10 costs. Order signed.

GOLDSBOROUGH, Respondent, v. GOLDSBOROUGH, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Matthew T. Goldsborough, Jr., against Richard F. Goldsborough. G. G. Battle, of New York City, for appellant. H. B. Twombly, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOTCHKISS, J., not sitting.

GOLDSTEIN, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Sarah Goldstein, as administratrix, etc., against the New York State Railways.

PER CURIAM. Judgment and order affirmed, with costs.

MERRELL, J., dissents.

GOODLIFFE, Respondent, v. EHRHART, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Frank B. Goodliffe against E. Nelson Ehrhart. No opinion. Judgment unanimously affirmed, with costs.

GORDON v. MERRIAM PAPER CO. et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Samuel Gordon against the Merriam Paper Company and others. No opinion. Application denied, with $10 costs. Order signed.

GORTIKOV v. GORTIKOV. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Benjamin Gortikov against Marion Gortikov. No opinion. Motion denied. Settle order on notice.

GRAFTON, Appellant, v. BALL, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Robert Grafton against John Oscar Ball. No opinion. Motion to dismiss appeal denied, without costs.